# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jarvis Bernard Bittle**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00155-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Charlotte | ) | |
| Charlotte Transportation Center | | |
| 7 Eleven | | |
| Unemployment North Carolina | | |
| Starbucks | | |
| Sigis El Owl**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 16, 2023 Order.

March 16, 2023

_____
Frank G. Johns, Clerk
United States District Court